# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JESUS COSTA** and **CARMEN COSTA,**
Appellants,

v.

**CITIZENS PROPERTY INSURANCE CORPORATION,**
Appellee.

No. 4D2024-3062

[May 7, 2026]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Mardi Levey Cohen, Judge; L.T. Case No. 062023CC061350AXXXCE.

Matthew Struble of StrubleCohen, Indialantic, for appellants.

Maureen Genevieve Pearcy of Paul R. Pearcy, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***